IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH ALLEN RAY, #265617, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:17-CV-183-WHA |
| KENNETH PETERS and LT. DAVIS, | ) |
| Defendants. | ) |

**ORDER**

On March 31, 2017, the Magistrate Judge entered a Recommendation that this case be transferred to the United States District Court for the Southern District of Alabama for review and disposition (Doc. No. 3). No timely objections have been filed to the Recommendation. After an independent review of the file in this case, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case be TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 1404.

The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the transfer of this action.

DONE this 28th day of April, 2017.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE